IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**SANDRA K. LOWERY**                                                               **PLAINTIFF**

**v.**                                    **CIVIL ACTION # 2:07cv254-KS-MTP**

**UNUM LIFE INSURANCE
COMPANY OF AMERICA**                                                  **DEFENDANT**

**ORDER**

On March 17, 2008, counsel for Sandra K. Lowery ("Movant") filed a motion for summary judgment [# 12] with supporting memorandum [# 13].

Pursuant to Uniform Local Rule 7.2(D), counsel for Unum Life Insurance Company of America ("Respondent") shall, within ten (10) days after service of the Movant's memorandum, submit a memorandum of authorities in reply. The Respondent's time allotted for reply is calculated pursuant to Federal Rule of Civil Procedure 6(a), which excludes Saturdays, Sundays, and legal holidays. The Court fixes the date certain for the reply as on or before **March 31, 2008.**

Pursuant to Uniform Local Rule 7.2(D), if the Movant desires to submit a rebuttal memorandum, counsel may do so within five (5) days after service of the Respondent's memorandum of authorities in reply. The Movant's time allotted for rebuttal is calculated pursuant to Federal Rule of Civil Procedure 6(a), which excludes Saturdays, Sundays, and legal holidays. The Court fixes the date certain for the rebuttal as on or before **April 7, 2008.**

If either the Movant or the Respondent wish to extend the time allotted for filing their response or rebuttal, their counsel should file a motion for additional time prior to the date

certain fixed by the Court.

Pursuant to Uniform Local Rule 7.2(E), the Movant's original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages. Also pursuant to Uniform Local Rule 7.2(E), the Respondent's memorandum of authorities in reply shall not exceed thirty-five (35) pages.

If either the Movant or the Respondent wish to exceed the number of pages for briefing available, their counsel should file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED on this, the 19th day of March, 2008.

*s/Keith Starrett*
United States District Judge